THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES M. STANLEY, Defendant-Appellant.

.(No. 73-325; ▊▊▊▊▊▊▊▊

Second District (2nd Division)—January 21, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Erwin Cohn, of Cohn & Flynn, of Chicago, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Charles D. Sheehy, of Illinois State's Attorneys Association, of counsel), for the People.